IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WAYNE HAILEY, ) | |
| ) | Case No. 4:06-CV-00039 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

Before me is the *Report and Recommendation* [16] of the United States Magistrate Judge and the Defendant's *Objections to the Magistrate Judge's Report and Recommendation* [17]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Magistrate Judge's *Report and Recommendation* is **REJECTED** and the Defendant's *Objections* are **SUSTAINED**. The Commissioner's final decision denying the Plaintiff's claim for benefits is therefore **AFFIRMED,** and judgment is **GRANTED** for the Defendant. This case is hereby **DISMISSED** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 13th day of April, 2007.

s/Jackson L. Kiser
Senior United States District Judge
